DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS CASTILLO-CUERVO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JOSE LUIS CASTILLO-CUERVO,<br><br>             Defendant.<br>_____ | No. CR-S-08-435 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:  October 24, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

     IT IS HEREBY STIPULATED AND AGREED between the parties, Daniel McConkie, Assistant United States Attorney, and Matthew C. Bockmon, attorney for defendant Jose Luis Castillo-Cuervo, that the Status Conference now scheduled for October 24, 2008 be vacated, and a new status conference date of November 21, 2008 be set.

     This continuance is requested due to the unavailability of counsel for plaintiff.

     IT IS STIPULATED that the period from the signing of this Order up to and including November 21, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant

1  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
2  preparation of counsel.
3  Dated: October 21, 2008                Respectfully submitted,
4                                         DANIEL BRODERICK
                                          Federal Defender
5
                                          /s/ Matthew C. Bockmon
6
                                          _____
7                                         MATTHEW C. BOCKMON
                                          Assistant Federal Defender
                                          Attorney for Defendant
8                                         JOSE LUIS CASTILLO-CUERVO
9
   Dated:  October 21, 2008               MCGREGOR SCOTT
10                                        United States Attorney
11
                                           /s/ Daniel McConkie
12
                                          _____
                                          DANIEL MCCONKIE
13                                        Assistant U.S. Attorney
14
15                                    ORDER
16       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
17  ordered that the status conference presently set for October 24, 2008,
18  be continued to November 21, 2008, at 10:00 a.m.  The Court finds that
19  the ends of justice to be served by granting a continuance outweigh the
20  best interests of the public and the defendant in a speedy trial.  It
21  is ordered that time from this date to, and including, the November 21,
22  2008 status conference shall be excluded from computation of time
23  within which the trial of this matter must be commenced under the
24  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and
25  Local Code T-4, to allow defense counsel time to prepare.
26  Dated: October 22, 2008
27                                         /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
28                                        United States District Judge

Stip & Order                        -2-